Wayne PARKS, Petitioner—Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent—Appellee.

No. 05–70783.

United States Court of Appeals,
Ninth Circuit.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Sept. 11, 2006.*

Decided Sept. 15, 2006.

Wayne Parks, Tehachapi, CA, pro se.

Robert R. Di Trolio, Donald L. Korb, Acting Chief Counsel Internal Revenue Service, Andrea R. Tebbets, Esq., Bethany B. Hauser, Esq., U.S. Department of Justice Tax Division, Washington, DC, for Respondent–Appellee.

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

## MEMORANDUM **

Wayne Parks appeals pro se from the Tax Court's dismissal of his "small tax" action. We dismiss for lack of jurisdiction.

Under I.R.C. § 7463(b), a decision entered in a "small tax" case "shall not be reviewed in any other court." *Cole v. Comm'r*, 958 F.2d 288, 289 (9th Cir.1992); *see also* 26 U.S.C. § 7481(b). Because Parks' case involved a disputed amount of less than $50,000 and he consented to its designation as a "small tax" case, we dismiss Parks' appeal from the Tax Court's decision. *See* 26 U.S.C. § 7463(a); *Cole*, 958 F.2d at 289–90.

**DISMISSED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

